# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KENNETH WREASE, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-41 |
| v. | * | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * | |
| Defendant. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. Plaintiff notified the Court he does not intend to file Objections to this Report and Recommendation and understands his failure to do so results in the waiver of the right to appeal this Court's decision. Dkt. No. 19.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **AFFIRMS** the Commissioner's decision, and **DIRECTS** the Clerk of Court to **CLOSE**

AO 72A
(Rev. 8/82)

this case and enter the appropriate judgment.

**SO ORDERED**, this ___12___ day of ___September___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA